# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 cr 60

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| MORRIS RYAN LITWACK, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** came before the undersigned pursuant to Government's Notice of Intent to Call no Witnesses and Motion to Decide the Suppression Motion Without an Evidentiary Hearing (#18) filed by the Assistant United States Attorney. The undersigned has been advised by the Assistant United States attorney and counsel for the Defendant that the Government and Defendant have agreed that the hearing that had been scheduled for July 5, 2017 shall be continued until a later date and the Defendant shall be allowed an opportunity to file an Amended Motion to Suppress. For that reason, the motion of the Government has been rendered moot and will be denied.

**ORDERED**

**IT IS, THEREFORE ORDERED** that the Government's Notice of Intent to

Call no Witnesses and Motion to Decide the Suppression Motion Without an Evidentiary Hearing (#18) is **DENIED** as being moot.

Signed: June 30, 2017

Dennis L. Howell
United States Magistrate Judge