IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 cr 60

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| MOORIS RYAN LITWACK | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the undersigned pursuant to a Motion to Adopt Supplement to Motion Filed in United States v. Carl Jack Hall (#20). In the motion, the Defendant moves the Court to allow him to adopt the Supplement to Motion to Suppress and to Dismiss the Indictment that has been filed in the companion case of United States v. Carl Jack Hall (1:16-cr-147). The undersigned finds good cause has been shown for the granting of the motion and the motion (#20) will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion to Adopt Supplement to Motion Filed in United States v. Carl Jack Hall (#20) is hereby **ALLOWED.**

Signed: October 3, 2017

_____
Dennis L. Howell
United States Magistrate Judge

1